"Anthony-Eric: Emerson" #087906
Name and Prisoner/Booking Number

ASPC - TUCSON - MANZANITA
Place of Confinement

POST OFFICE 24401
Mailing Address

TUCSON, ARIZONA 85734-4401
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)



✓ FILED ___ LODGED
✓ RECEIVED ___ COPY

JUN 20 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

"Anthony-Eric: Emerson"    )
(Full Name of Plaintiff)    )
            Plaintiff,       )
                            )
vs.                         )  CASE NO. CV 00229-DCB-PSOT
                            )       (To be supplied by the Clerk)
(1) Dr. Lucy Burciaga, Corizon Inc.,  )
(Full Name of Defendant)    )
(2) B. Anderson P/cff       ,)
                            )   CIVIL RIGHTS COMPLAINT
(3) Tracy Noland           ,)      BY A PRISONER
                            )
(4) Jonathan Walker        ,)   ☐ Original Complaint
            Defendant(s).    )   ☑ First Amended Complaint
☑ Check if there are additional Defendants and attach page 1-A listing them.
                            )   ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: TUCSON - Complex  TUCSON Az.

Revised 5/1/2013                             1                                **550/555**

(1A)

(5) Dr. Woodrow Myers — 103 W. Panic Drive, Su 200, Brentwood TN. 37025
(6) Karey Witty   Admin — 103 W. Panic Drive, Su 200, Brentwood TN. 37025
(7) Dr. Harold Ore — P.O. Box 24400, Tucson AZ 85734
(8) Scott Bowers — P.O. Box 24400, Tucson AZ 85734
(9) Tamara Porter, Admin — P.O. Box 24400, Tucson AZ 85734
(10) Lisa Lyon, Admin — P.O. Box 24400, Tucson AZ 85734
(11) Angela Martinez, Nurse — P.O. Box 24400, Tucson AZ 85734
(12) Nurse Mung, Nurse — P.O. Box 24400, Tucson AZ. 85734
(13) Dr. Calvin Johnson — P.O. Box 24400, Tucson Az. 85734
(14) RN Thayer, Nurse — P.O. Box 24400, Tucson AZ 85734
(15) Glen Pacheco D.W. — P.O. Box 24400, Tucson Az. 85734
(16) Marlene Bedoya Admin. — P.O. Box 24400, Tucson-Az. 85734
(17) James MacKenzie Admin — P.O. Box 24400, Tucson-Az. 85734
(18) K Vasquez — P.O. Box 24400, Tucson-Az. 85734
(19) Debra Han   CO IV — P.O. Box 24400, Tucson-Az. 85734
(20) Pananna Days D.W. — P.O. Box 24400, Tucson-Az. 85734
(21) Alfred Ramos   Warden — P.O. Box 24400, Tucson-Az. 85734
(22) Cheryl Dossett   Admin. — P.O. Box 24400, Tucson-Az. 85734
(23) CO II Inzunza Officer — P.O. Box 24400, Tucson-Az. 85734
(24) Vanessa Headstream Admin. — 1601 W. Jefferson, Phx. Az 85007
(25) Juliet Respicio-Moriar — 1601 W. Jefferson, Phx. Az 85007
(26) Charles L. Ryan   Director — 1601 W. Jefferson, Phx. Az 85007
(27) Does 1 to 100 Agents and Employees

## B. DEFENDANTS

1. Name of first Defendant: __See (1A)__. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)            (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)            (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)            (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __"Anthony Eric Emerson"__ v. __STATE OF ARIZONA__
      2. Court and case number: __CV 13-2405 PHX JAT MHB__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __dismissed__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Violation of Art. 2.3 (a)(b);(7); XIII, XIV 10.1; ICCPR Deliberate Tortu Inhumain or Degrading Treatment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Deliberate Indifference Policy Directive from Brentwood Tennessee by Noland, Flatt, Walker, Myers, Witty, Orr, Dowers, Does as Formal Policy makers. Charles L. Ryan has promulgated and Ratified Adoc Policies. These Policies as implemented provide for those Acting on behalf of Corizon and ADOC to ensure they act with Deliberate Indifference to serious medical needs, denial of medical care, delay in medical treatment, Ineffective medication. Both Corizon and ADOC Disregarded Orders by specialists, if they favor inmates need of further care. Providers changing orders at critical stages disrupting the continuity of care issuing orders adverse to inmates in order to save money for Corizon. According to Corizon staff this policy of Deliberate Indifference is conveyed to them by e-mail and phone calls.

   PORTER, LYON, MARTINEZ, MUNG, BERCIAGA and Does are aware that they have the duty not to delay, deny, defer medical care for serious medical needs, have done exactly just that upon the directives of those in above.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   In Feb. of 2014 while in the Maricopa County Jail I had a MRI done for an injury that occured on April 17, 2013. I was Diagnosed with chronic back pain, Degenerative Disc Disease, Retrolisthesis, S1 Nerve Compression. (See att'D 1.4

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

(D 1.4) Injury

The MRI further states Patient should be referred to a neurosurgeon as two nerve roots are at risk of permanent damage. This was also confirmed on 08/18/14 by specialists I was referred to by CORIZON MEDICAL. CORIZON has been aware of this condition since my County records were transferred with me to ADOC in April 2014 and have failed to do any follow up care that will cost a significant amount to repair my injuries. For the past two years I have had so much pain in my left leg that at times I cannot walk, stand straight, sleep, move without unbearable pain. The pain goes from right to left, up and down, I have atrophy, shrunk leg, numbness, tingling, dropped foot, Arthritic Knee pain. For the past 2 years I have been getting worse falling down, but no further referrals to a neurosurgeon has been done due to CORIZON's policy to deny medical care, delay treatment and act with deliberate indifference. Three months ago I fell into a locker when my back gave out and was sent to the hospital for stiches. Medication for pain management has been uneffective. At times thru the past two years I have been in so much pain that I am unable to get up or move. My repeated complaints have been disregarded. I've been moved from yard to yard to discourage me from complaining or writing grievances. I've been disciplined for being unable to walk without aid or requesting a lay in after I aready missed several meals due to difficulty walking.

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☑ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
As retaliation for my requesting that I receive treatment that shall control my pain or possibly fix my condition. Nurse Mong, RN Thayer, officer Vasquez disiplined me. This is common practice defendants follow to stop inmates from requesting they be provided treatment for their serious medical needs, and not act with Deliberate Indifference to serious medical needs. When I keep complaining of pain, or needing a lay in, or wheel chair. I was moved repeatedly from yard to yard. When I refused to be housed against medical orders because of being on a yard with uneven surfaces such as stairs, I was thrown in lock down. Officers such as INZUNZA have fabricated reasons to take my property such as my Television and claiming that it was altered. And then distroying it before the grievance proceeding is up or it verified to be altered by Manzanita Property. Even after the Captain ordered for it to be sent to MANZANITA PROPERTY for Disposition the television was unlocatable. Co III Colston admitted on paper that the items were never found or sent to MANZANITA PROPERTY for disposition. Even still Ryan by upholding the findings in Grievance No C14-095-015 in his capacity as the Policy maker of ADOC and an agent of CORIZON encourages retaliation and cover up. Pachecho, Han, Days, Ramos all covered up this retaliation. (See) Disiplinary Report 15C41-1850; 15C41-1849; 15C41-1838; 14C230368 to be Provided

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have been unjustly punished deprived of personal property, Property Distroyed without proper verification. Placed on report and diciplined for requesting medical layin or care, for complaining about my condition.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. At times did not complete administrative relief due to the amount of retaliation supported by Policy Makers of CORIZON and ADOC.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Due Process**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Property taken: 1 Television before the Grievance Proceeding was completed Property was distroyed. Officer Inzunza claimed that the Television was altered so he seized it and when told by Capt. Ritchie to send it to MANZANITA PROPERTY FOR DISPOSITION he never did. This action was supported by Ryan in his capacity as the policy maker of ADOC and covered up by CO IV Han, D.W. Days, Complex WARDEN Ramos, even after CO III Colston verified that inmates property was never located to comply with Captain Ritchie's Orders. This is a common practice in ADOC concerning any inmate that complains of a serious medical condition.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Loss of irreplacable property, Due Process Right infringement

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
A Neurosurgeon consultation as recommended by specialists, Adequate medication to manage pain level, Replacement of Property Television plus headphones, Compensation of $2,000,000 U.S. dollars for 2 years of pain & suffering plus punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/16
DATE

"Anthony-Eric;Emerson"
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6