1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Anthony Eric Emerson,                    **NO. CV-16-00229-TUC-DCB**

10                Plaintiff,

11  v.                                       **JUDGMENT OF DISMISSAL IN A**

12  Corizon Incorporated, et al.,            **CIVIL CASE**

13                Defendants.

14

15       **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17       IT IS ORDERED AND ADJUDGED that pursuant to the  Court's order  filed

18  June 17, 2019, Plaintiff to take nothing, and the complaint and action are dismissed

19  without prejudice.

20                                       Brian D. Karth
                                         District Court Executive/Clerk of Court

21

22  June 17, 2019

23                                       s/ BRuiz
                                    By   Deputy Clerk

24

25

26

27

28