# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Eric Emerson,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Incorporated, et al.,<br><br>Defendants. | **NO. CV-16-00229-TUC-DCB**<br>**\*\*AMENDED\*\***<br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 17, 2019, this case is dismissed without prejudice and case is closed.

                                                     Brian D. Karth
                                                     District Court Executive/Clerk of Court

June 18, 2019

                                      s/ BRuiz
                            By   Deputy Clerk